# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ROBBIE ACEVEDO

## WARRANT FOR ARREST

CASE NUMBER: 00-6082 CR-FERGUSON

FILED by _____ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBBIE ACEVEDO**
Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title **21** United States Code, Section(s) **841(a)(1) & 846**

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

*[signature]*
Issuing Officer

3-30-00  Ft. Lauderdale
Date and Location

*[signature: Lurana S. Snow]*
LURANA S. SNOW

Bail fixed at $ **PRETRIAL DETENTION** requested by **CHIEF UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |