COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ROBBIE ACEVEDO (surr)         CASE NO: 00-6082-CR-FERGUSON
AUSA: ROGER POWELL /Garfield/       ATTY: Brad Goldbloom
AGENT: _____              VIOL: 21:846; 841(a)(1)  (temp)
PROCEEDING I/A ON INDICTMENT        RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____
____ BOND SET @ _____
____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone;  ___ x's a wk/month in person
3) Travel extended to:

[FILED stamp: MAR 31 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

Advised of Charges - temp and present

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 4-4 // Snow
                         PTD/BOND HRG:       4-4 // Snow
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 3/31/00   Time 9:30   FTL/LSS TAPE #00- 018   Begin: 1700   End:

re-call 2290 - 2423pp

6