# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ROBBIE ACEVEDO

## WARRANT FOR ARREST

CASE NUMBER: **00-6082 CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBBIE ACEVEDO**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment |  | Information |  | Complaint |  | Order of court |  | Violation Notice |  | Probation Violation Petition |

charging him or her with (brief description of offense)
CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title **21** United States Code, Section(s) **841(a)(1) & 846**

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Issuing Officer

3-30-00  Ft. Lauderdale, FL
Date and Location

LURANA S. SNOW

Bail fixed at $ **PRETRIAL DETENTION** requested by **CHIEF UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/30/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 3/31/2000 | FOR: DEA | Fred Depompa, SDUSM |