UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 38119-004

UNITED STATES OF AMERICA )
            Plaintiff    ) Case Number: CR 00-6082-FERGUSON
                         ) REPORT COMMENCING CRIMINAL
      -vs-               )            ACTION
                         )
Acevedo, Robbie          )
_____,_____)
            Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-31-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: POSS DANGEROUS DRUGS

(4) U.S. Citizen (X) Yes ( ) No ( ) Unknown

(5) Date of Birth: 12-27-81

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint To be filed/Already filed
    Case # 00-6082-CR-FERGUSON

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3/31/00   (9) Arresting Officer: R Graves Jr
(10) Agency: USMS   (11) Phone: 356-7256
(12) Comments:

10