UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-Ferguson

UNITED STATES OF AMERICA

    Plaintiff,

v.

ROBBIE ACEVEDO
    Defendant.
_____/

ORDER ON INITIAL APPEARANCE
Language  English
Tape No.  00-018
AUSA     Roger Powell
Agent



The above-named defendant having surrendered on MARCH 31, 2000, having appeared before the court for initial appearance on MARCH 31, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    ORDERED as follows:
1. _____Brad Geldbloom_____ appeared as ~~permanent~~/(temporary) counsel of record.
    Address:_____
    Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at __//__
on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for __4/4__ at __//__ before Judge _Snow_
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __4/4__ at __//__ before Judge _Snow_
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month
      in person;   other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
      prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_j. Comply with the following additional special conditions of this bond:_____
_____

    This bond was set: At Arrest _____
                       On Warrant ___✓___
                       After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Ft. Lauderdale, Florida this 31st day of March, 2000.

                                                               *Lurana S. Snow*
                                                               CHIEF U. S. MAGISTRATE JUDGE
                                                               LURANA S. SNOW

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation