COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ROBBIE ACEVEDO (J)            CASE NO: 00-6082-CR-FERGUSON
AUSA: ROGER POWELL  *pres*           ATTY: BRAD GOLDBLOOM  *pres*
AGENT: _____                VIOL: _____

PROCEEDING: PTD HRG/INQ RE CNSL.     RECOMMENDED BOND _____

*PTD*
BOND HEARING HELD — (yes)/no        COUNSEL APPOINTED _____

            BOND SET @

        SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone;  _____ x's a wk/month in person

3) Travel extended to:

_Gov't proceeded by proffer_

_Task force agent Robert Crispin - ou dir for cross_

_PTD Ordered - danger to comm._

_Gov't exh 1-A to 1E; 2A to 2E - flight records_
_for deft Creech submitted to court. admitted_

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 4-11 // BSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN: 4-11 // BSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 4/4/00   Time: 11:00   FTL/LSS TAPE #00-019   Begin: 1668   End: _____

                              + CBO
                                                                14 /DM

[FILED APR - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]