# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**DEFT:** Robbie Acevedo (J)# /\ - not present  **CASE NO.** 00-6082-CR-Ferguson

**AUSA:** Roger Powell  **ATTNY:** Brad Goldbloom / present

**AGENT:** ___  **VIOL:** ___

**PROCEEDING:** Inquiry re counsel/Arraignment  **BOND REC:** ___

**BOND HEARING HELD - yes/no**  **COUNSEL APPOINTED:** ___

___ **BOND SET @** ___

FILED by ___ D.C.
APR 11 2000

**CO-SIGNATURES:** ___

**SPECIAL CONDITIONS:** ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
(2) ___ Halfway House ___
___ Electronic Monitoring ___

Permanent appearance filed

/\ - has problems and was not brought to court. Matter will need to be reset.

---

**NEXT COURT APPEARANCE:**  **DATE:**  **TIME:**  **JUDGE:**

**INQUIRY RE COUNSEL:** ___

**PTD/BOND HEARING:** ___

**(PRELIM/ARRAIGN.) OR REMOVAL:** 4-14-00 ✓  11:00am  BSS

**STATUS CONFERENCE:** ___

**DATE:** 4-11-00  **TIME:** 11:00am  **TAPE #** 00-025  **PG #** 12 / 85-158

23