IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO.: 00-6082-CR-FERGUSON

ROBBIE ACEVEDO
      Defendant
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, ROBBIE ACEVEDO in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

Respectfully submitted,

Dated April 11, 2000

Bradley A. Goldbloom, Esq. (#0055018)
Attorney For Defendant
Courthouse Square—Suite 201
200 S.E. Sixth Street
Fort Lauderdale, Florida 33301
Ph. (954) 764-6800
Fax (954) 779-3908