UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
Plaintiff

vs.

ROBBIE ACEVEDO,
Defendant
_____\

CASE NO.: 00-6082 CR-FERGUSON

MAGISTRATE JUDGE: SELTZER

### ORDER FOR VISITATION

**ORDERED AND ADJUDGED** that counsel, *BRADLEY A. GOLDBLOOM*, be permitted to visit with the Defendant herein, *ROBBIE ACEVEDO* immediately and without restriction, subject only to the rules and regulations of the Federal Detention Center.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida this 11th day of April, 2000.

_____
MAGISTRATE JUDGE BARRY SELTZER

Copies Furnished:

- Bradley A. Goldbloom, Esq.
- A.U.S.A. Roger Powell
- U. S. Marshalls Service

