DEFT: Robbie Acevedo (J)#  
CASE NO: 00-6082-CR-Ferguson  
AUSA: Roger Powell *present*  
ATTNY: Brad Goldbloom *present*  
AGENT:  
VIOL:  
PROCEEDING: Arraignment  
BOND REC:  

BOND HEARING HELD - yes/no  
COUNSEL APPOINTED:  

BOND SET @  

CO-SIGNATURES:  

SPECIAL CONDITIONS:  

FILED by ___ D.C.  
APR 14 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

d - asks for competency exam to be held  
Gov't has no objection  
arraignment - not held  

d - atty to fax order to Courts for signature

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS ~~CONFERENCE~~ Competency   5/15/00   11:00am   BSS ✓

DATE: 4-14-00   TIME: 11:00am   TAPE # 00-027   PG # 4

2779-2948
recall
3560-

39