UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**UNITED STATES OF AMERICA,**
      Plaintiff

vs.

**ROBBIE ACEVEDO,**
      Defendant
_____\

CASE NO.: 00-6082 CR-FERGUSON

MAGISTRATE JUDGE: SELTZER

## ORDER FOR COMPETENCY EVALUATION AND MEDICAL TREATMENT

**AS IT IS STIPULATED** by and between the parties, *A.U.S.A. ROGER POWELL* for the United States Government and *BRADLEY A. GOLDBLOOM, ESQ.*, for the Defendant, *ROBBIE ACEVEDO*, it is hereby

**ORDERED AND ADJUDGED** that the Defendant, *ROBBIE ACEVEDO*, without hesitation and with great haste be immediately transported by United States Marshalls Service from the Federal Detention Center, in Miami, to *FMC BUTNER*, in North Carolina for psychiatric evaluation to determine the issue of *competency*; and it is further

**ORDERED AND ADJUDGED** that, pursuant to Title 18, Section 4247(b), while at this facility, a psychiatric examination be performed on Mr. Acevedo, a report generated and filed with this Court, with copies to the government and defense counsel not later than thirty (30) days from the date of this order; and it is further

**ORDERED AND ADJUDGED** that while at *FMC BUTNER* Mr. Acevedo receive medical care for any illness and/or ailment from which he suffers including, but not limited to, X-rays, M.R.I. Scans and therapy for a possible head, shoulder and leg injury.



**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Broward County, Florida this 14th day of April, 2000.

_____
MAGISTRATE JUDGE BARRY SELTZER

Copies Furnished:

- BRADLEY A. GOLDBLOOM, ESQ.
- A.U.S.A. ROGER POWELL
- U.S. MARSHALLS SERVICE