DEFT: Robbie Acevedo (✓)# still at Butner   CASE NO: 00-6082-CR-Ferguson
AUSA: Roger Powell / Nicholson   ATTNY: Brad Goodbloom present
AGENT: _____   VIOL: _____
PROCEEDING: Status re Medical Evaluation   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

___ BOND SET @ _____

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House: _____
    ___ Electronic Monitoring _____

△ — feels not competent
& awaits his return
— June 5th trial date

Butner given to June
5th for further testing.
Sent to fax order to
U.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 5-15-00   TIME: 11:00am   TAPE # 00-033   PG # 6
3650-3700
3689
1-76