FILED by _____ D.C.

MAY 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

RHP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,     )
                              )
        v.                    )
                              )
                              )
                              )
ROBBIE ACEVEDO,               )
                              )
        Defendant             )
_____)

**ORDER EXTENDING TIME FOR COMPETENCY EVALUATION**

AS IT IS STIPULATED by and between the parties, A.U.S.A. Roger Powell for the United States Government and Bradley A. Goldbloom, ESQ., for the Defendant, Robbie Acevedo (BOP # 38119-004), it is hereby

ORDERED AND ADJUDGED that the time with which the Warden at FMC/FCI BUTNER, his staff including, but not limited to any and all Psychiatrists and Psychologists, charged with conducting a competency examination upon Mr. Robbie Acevedo, be and is hereby extended so that these individuals have the proper amount of time in which to observe and evaluate the defendant, and it is further



ORDERED AND ADJUDGED that, the extension of time in which to evaluate and then report to the Court on Mr. Acevedo's competence be extended no later that June 8, 2000, and it is further

ORDERED AND ADJUDGED that during this extension of time, the Warden at FMC/FCI BUTNER, his staff including, but not limited to any and all Psychiatrists and Psychologists, charged with evaluating Mr. Acevedo, generate a report to be received by this Court, the attorney for the government and the attorney for Mr. Acevedo, no later than June 8, 2000, pursuant to Title 18, Section 4247.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Broward County, Florida, this 18th day of May, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies Furnished:
BRADLEY A. GOLDBLOOM, ESQ
A.U.S.A. ROGER W. POWELL
U.S. MARSHALS SERVICE
FMC/FCI BUTNER