UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

**UNITED STATES OF AMERICA,**

   *Plaintiff,*

vs.

**ROBBIE ACEVEDO,**

   *Defendant.*
_____/

### NOTICE OF APPEARANCE

The Clerk and all parties to this action will please note the appearance of the undersigned attorney as co-counsel for the Defendant in the above-styled cause.

Counsel requests that all pleadings, notices, and/or other papers be sent to said co-counsel by the Clerk of the above Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this 26 day of June, 2000 to: Roger Powell, A.U.S.A., Office of the United States Attorney, 299 East Broward Boulevard, Ft. Lauderdale, FL 33301 and to Bradley Allan Goldbloom, Esq., 200 S.E. 6th Street, Fort Lauderdale, FL 33301.

        Respectfully submitted,

        **ROJAS, OLIVA & VENTURA**
        **Attorneys for the Defendant**
        **2250 S.W. 3rd Avenue**
        **Third Floor**
        **Miami, Florida 33129**
        Tel.:  305.856.6868
        Fax.:  305.856.7771

        By: _____
         RUBEN OLIVA, Esq.