-cr-06082-DLG  U.S. Document 54  Entered on FLSD Docket 07/05/2000   P
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Robbie Acevedo (J)# | CASE NO: | 00-6082-CR-Ferguson |
| AUSA: | Roger Powell /Kay | ATTNY: | Brad Goldbloom |
| AGENT: | | VIOL: | present |
| PROCEEDING: | Status re medical exam /Arraignment | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |
| BOND SET @ | | | |

CO-SIGNATURES: 

FILED by _____ D.C.
JUL 3 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 
11) Travel extended to: 
12) ____ Halfway House
    ____ Electronic Monitoring

A- Waives further psych/eval issues

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | asked to cancel |
| STATUS CONFERENCE: | 7-18-00 | 11:00am | LSS |
| DATE: 7-3-00 | TIME: 11:00am | TAPE # 00-052 | PG # 2936-3111 |

54.