FILED by ___ D.C.
JUL 3 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6082-CR-Ferguson

UNITED STATES OF AMERICA

vs

Robbie Acevedo

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on July 3, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and ~~court-appointed~~/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: In Custody

                     Telephone: _____

DEFENSE COUNSEL:     Name: Brad Goldbloom
                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ Cont'd in Custody

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __3__ day of __July__, 20 _00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-052/053

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services