CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUL 10 2000

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _00-6082-CR_    Date: _7-10-2000_
Clerk: _Valerie Thompkins_    Reporter: _Paul Haferling_
USPO: _____    Interpreter: _None_
**UNITED STATES OF AMERICA** vs. _Bohluc Acevedo,_
_William E. Crawford, Byron E. Creech,_
_____
AUSA: _Roger Powell_
Defendant(s) Counsel: _Bradley Goldbloom,_
_Jeffrey M. Voluck,_
_Patrick Hunt_
Defendant(s) Present___ Not Present___ In Custody___
Reason for hearing: _Calendar Call_

Result of hearing: _____

Case Continued to: _9-5-00_ Time: _3:15_ p.M. For: _Change of Plea_

59