DEFT: Robbie Acevedo (J)#   CASE NO: 00-6082-CR-Ferguson (s)
AUSA: Roger Powell / Thompson   ATTNY: Brad Goldbloom *present*
AGENT:   VIOL:
PROCEEDING: Arraignment on SS Indictment   BOND REC:
BOND HEARING HELD -- yes/no   COUNSEL APPOINTED:
____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED SEP 2 5 2000
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
_____ Electronic Monitoring

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order ~~requested~~

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
ENQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:   N/A
STATUS CONFERENCE:

DATE: 9-25-00   TIME: 11:00am   TAPE # 00-072 PG #

2500-754,

82