UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-Ferguson (s)

UNITED STATES OF AMERICA

vs

Robbie Acevedo

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   9-25-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: ___ In Custody _____ |
| | Telephone: _____ |
| DEFENSE COUNSEL: | Name: ___ Brad Goldbloom ___ |
| | Address: _____ |
| | Telephone: _____ |
| BOND SET/CONTINUED: | $ ___ Cont'd in custody ___ |

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this ___25___ day of ___September___, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. __00-072__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

