UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,

   *Plaintiff,*

vs.

ROBBIE ACEVEDO,

   *Defendant.*
_____/

## UNOPPOSED MOTION FOR MODIFICATION OF BOND

COMES NOW the Defendant, ROBBIE ACEVEDO by and through his undersigned counsel and moves this Court to reduce his bond and modify the conditions of release as set forth herein and as ground therefor would state as follows:

1. The Defendant was arrested on or about March 31", 2000. On April 6", 2000, the Honorable Magistrate Judge Lurana Snow ordered the Defendant held in pre-trial detention based only on danger to the community.

2. On September 26, 2000 the Defendant entered a plea of guilty before the Honorable Judge Wilkie D. Ferguson. At the conclusion of the hearing the Court was advised that the Government and the Defendant had stipulated to a bond. The Court indicated that it had no objection to the Defendant being released on bond but referred the matter to the Magistrate Court for further proceedings, if necessary.

3. Based on information which has been provided to the Government it does not appear



99

that at this time the Defendant is a risk of flight or a danger to the community.

4. The Defendant will reside with his wife in Miramar, Florida.

5. The Government and the Defendant have agreed on a stipulated bond as follows: The Defendant will post a ONE HUNDRED THOUSAND ($100,000) DOLLAR Ten-Percent (10%) bond and a personal surety bond in the amount of ONE HUNDRED THOUSAND ($100,000) DOLLARS.

6. In addition to the bonds to be posted the Defendant will agree to the following special conditions of release:

    (a) The Defendant shall surrender all travel documents in his possession.

    (b) The Defendant shall report in person to Pre-Trial Services once a week.

    (c) The Defendant shall report by telephone to Pre-Trial Services twice a week.

    (d) The Defendant shall remain at all times within the jurisdiction of this Court.

7. The undersigned counsel has discussed in detail the terms of release herein stated with Assistant United States Attorney Roger Powell who has no objections whatsoever to the release of the Defendant under the above stated terms.

**W H E R E F O R E**, the Defendant respectfully prays that this Honorable Court enter an Order releasing the Defendant on a Personal Surety Bond in the amount of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS and ONE HUNDRED THOUSAND ($100,000) DOLLAR Ten-Percent (10%) bond to be executed by the Defendant and any other conditions of release the Court deems necessary and appropriate.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this 26 day of September, 2000 to: Roger Powell, A.U.S.A., Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

Respectfully submitted,

**RODERMAN & GOLDBLOOM, LLP**
Attorneys for the Defendant
Courthouse Square - Suite 201
200 S.E. 6th St.
Ft. Lauderdale, Florida 33301
(954) 764-6800

By: _____
Bradley A. Goldbloom, Esq.

3