IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO.: 00-6082-CR-FERGUSON
                                      MAGISTRATE JUDGE: SELTZER
ROBBIE ACEVEDO,
    Defendant.
_____/

Per Atty / not sealed

### *UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING OF 12-1-00*

COMES NOW the Defendant ROBBIE ACEVEDO, by and through his attorneys, Bradley A. Goldbloom, Esquire and Ruben Oliva, Esquire, and pursuant to the Federal Rules of Criminal Procedure (FRCrP) and the Local Rule Rules hereby moves this Honorable Court for a continuance of the sentencing hearing currently scheduled for December 1, 2000, and says as follows:

1. On September 26, 2000, the Defendant tendered a guilty plea in the above styled cause to Count I of the Indictment, charging Conspiracy to Possess with the Intent to Distribute MDMA (21 U.S.C. Sec. 846).

2. Thereafter on October 4, 2000, Mr. Acevedo was released on a stipulated bond of $100,000 personal surety, with 10% deposited in the Court registry. The purpose of this stipulated bond was to facilitate Mr. Acevedo's proactive cooperation with members of the Drug Enforcement Administration.



3. On or about October 3, 2000, the Defendant caused to be filed an Unopposed Motion to Transfer And Consolidate case number 00-46-TP-Jordan (a violation of Supervised Release) with the above styled cause. Both Judge Jordan and this Honorable Court signed an Order, agreeing that this Honorable Court shall preside over the violation case, as well as the substantive matter herein.

4. Immediately after this Court assumed jurisdiction over case number 00-46-TP-Jordan, the Defendant filed a Sealed Unopposed Motion To Modify Supervised Release, requesting permission to cooperate with the DEA on a proactive basis and act as a "confidential informant".

5. Counsel is still awaiting word from the Court as to whether the aforesaid Motion has been granted.

6. All parties, including the Government (AUSA Roger Powell), the DEA and the Defendant are eagerly awaiting word from the Court so that Mr. Acevedo can resume his cooperation with law enforcement. As such, all parties aforementioned have no objection to a continuance of the 12-1-00 sentencing date.

7. Additionally, counsel received the Presentence Investigation Report by facsimile on November 15, 2000, approximately 20 days late. As counsel has plans to travel to Baltimore, Maryland for the Thanksgiving break (11/21 to 11/26), it will be virtually impossible to review the PSR with Mr. Acevedo and file objections prior to the sentencing date of 12-1-00.

8. The granting of this continuance will serve the "ends of justice".

Respectfully submitted,

Dated 11-16-00

Bradley A. Goldbloom, Esq. (#0055018)
Attorney For Defendant
Courthouse Square—Suite 201
200 S.E. Sixth Street
Fort Lauderdale, Florida 33301
Ph. (954) 764-6800
Fax (954) 779-3908

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on this __16th__ day of __NOV__ , 2000, a copy of the foregoing SEALED UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING OF 12-1-00, was mailed first class, postage prepaid, to AUSA Roger Powell, Office of the United States Attorney, 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301, Ruben Oliva, Esquire, 2250 SW Third Avenue, Third Floor, Miami, Florida 33129, and Kelly Kraemer, U.S. Probation, 300 NE First Avenue, Room 315, Miami, Florida 33132.

Bradley A. Goldbloom, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO.: 00-6082-CR-FERGUSON
MAGISTRATE JUDGE: SELTZER

ROBBIE ACEVEDO,
Defendant.
_____/

### *ORDER GRANTING*
### *MOTION TO CONTINUE 12-1-00 SENTENCING HEARING*

After having read the foregoing motion , and in considering its merits,

balancing the Rights of the Defendant with the Interests of Justice, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion To Continue 12-1-

00 Sentencing Hearing be, and the same is hereby **GRANTED,** with the new

sentencing hearing scheduled for the _____ day of _____ , 200__, at

_____ A.M..

**DONE AND ORDERED** in chambers, at Ft. Lauderdale, Florida.

_____
JUDGE FERGUSON