SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # _00-6082-CR-WDF_

DEFENDANT _Robbie Acevedo Achurtado_    JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_    DATE _Dec 1, 2000_

Court Reporter _Paul Haferling_    USPO _Frank Smith_

AUSA _Roger Powell_    Deft's Counsel _Ruben Oliva, Esq_

COUNTS DISMISSED _All Others_
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until ___/___/___ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE
Imprisonment    Years    Months _97_    Counts _one_

Supervised Release _3_ yrs    _See PSC per details_

Probation    Years    Months    Counts

Comments _____

Assessment $ _100.00_    Fine $ _none_

Restitution /Other _____

CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

_X_ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _2/30/01_

Commitment Recommendation: _The deft shall be encarcerated as close to South Fla as possible._

150