UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S.A.                                )    Case No. GO-6082-CR-Ferguson
                                      )
            Plaintiffs                )
                                      )    Certification Of Emergency
                                      )
        v.                            )
ROBBIE E ACEVEDO                      )
            Defendant                 )
                                      )

        I hereby certify that, as a member of the Bar of this Court, I have carefully examined this
matter and it is a true emergency.

        I further certify that the necessity for this emergency hearing has not been caused by an
lack of due diligence on my part, but has been brought about only by the circumstances of this
case. The issues presented by this matter have not been submitted to the Judge assigned to this
case or any other Judge or Magistrate Judge of the Southern District of Florida prior hereto.

        I further certify that I have made a bona fide effort to resolve this matter without the
necessity of emergency action.

        Dated this 23 day of _____April_____, 19 2001

                    Signature: _____

                    Print Name: Ruben Oliva, Esq.

                    Bar No.: 626074

                    Telephone: 305-856-6863

**************************************************************************

        I hereby certify that the Judge assigned to this case is unavailable for this emergency (a
copy of the his/her notification to the Clerk is on file.) In accordance with Local Rule 3.7, The
Honorable_____was randomly drawn from the
Emergency Wheel.
Dated:_____

                            CARLOS JUENKE
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA
                            By:_____
                                    Deputy Clerk