**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 00-6082-CR-FERGUSON

**UNITED STATES OF AMERICA,**

    *Plaintiff.*

vs.

**ROBBIE ACEVEDO,**

    *Defendant.*
_____/



## EMERGENCY UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**COMES NOW** the Defendant, ROBBIE ACEVEDO, by and through his undersigned attorney and files this his Motion for Permission to Travel and as grounds therefor would state as follows:

1. The Defendant is currently on bond awaiting his surrender date on two separate matters. The Defendant was released on bond on September 26, 2000.

2. The Defendant wishes to travel to Orlando on the weekend of April 28-30 to take his son to Disney World.

3. The Defendant has never violated any conditions of his bond.

4. The undersigned counsel has conferred with Assistant United States Attorney Roger Powell, regarding the subject matter of this motion and he advised that he has no objection to the same.

**WHEREFORE,** the Defendant respectfully prays that he be allowed to travel to Orlando, Florida from April 28th to April 30th, 2001.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this 23 day of April, 2001 to: Roger Powell, A.U.S.A., Office of the U.S. Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33312 and Ms. Barbara Samano, United States Probation Officer, 600 Hollywood Boulevard, Suite 501, Hollywood Florida 33024.

Respectfully submitted,

**ROJAS, OLIVA & VENTURA**
**Attorneys for the Defendant**
**2250 S.W. 3rd Avenue**
**Third Floor**
**Miami, Florida 33129**
(305) 856-6868

By: _____
RUBEN OLIVA, Esq.

2