**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 00-6082-CR-FERGUSON

**UNITED STATES OF AMERICA,**

*Plaintiff,*

vs.

**ROBBIE ACEVEDO,**

*Defendant.*
_____/

APR 2 7 200

### ORDER GRANTING DEFENDANT'S EMERGENCY UNOPPOSED
### MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came before the Court upon the Defendant's Emergency Unopposed Motion for Permission to Travel filed April 23rd, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion be and the same is hereby GRANTED.

DONE AND ORDERED in Fort Lauderdale, Florida this 25th day of April, 2001.

THE HONORABLE JUDGE WILKIE FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Roger Powell, AUSA
Ruben Oliva, Esq.
Barbara Samano, U.S.P.O.