UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,

      *Plaintiff,*

*vs.*

ROBBIE ACEVEDO,

      *Defendant.*
_____/

## MOTION FOR MODIFICATION OF CONDITION OF BOND
*(Change of Address)*

    COMES NOW the Defendant, ROBBIE ACEVEDO, by and through his undersigned attorneys, and files his Motion for Modification of Condition of Bond and as grounds therefor would state as follows:

    1.    The Defendant is respectfully requesting that he be allowed to change his place of residence. Specifically, the Defendant will be moving from his current address to 4060 sw 153 Avenue, Miramar, Florida 33027.

    2.    On September 26, 2000, the Defendant was released on bond.

    3.    Since his release the Defendant has remained free on bond and has dutifully complied with all conditions of bond.



4.      The undersigned counsel has conferred with Assistant United States Attorney Roger

Powell regarding the subject matter of this motion and he advises that he has no objection to the

same.

W H E R E F O R E, the Defendant respectfully prays that this Court modify the conditions

of bond such that Mr. Acevedo is allowed to move to his new residence.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Roger

Powell, A.U.S.A., United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale,

Florida 33312 and to Barbara Samano, U.S. Probation Officer, 600 Hollywood Boulevard, Suite 501,

Hollywood, Fl 33024 on this 1 day of May, 2001.

                                    Respectfully submitted,

                                    **ROJAS, OLIVA & VENTURA**
                                    *Attorneys for the Defendant*
                                    **2250 S.W. 3rd Avenue**
                                    **Third Floor**
                                    *Miami, Florida  33129*
                                    **Tel.:**          **305.856.6868**
                                    **Fax.:**         **305.856.7771**
                                    **E-Mail:**      *ruben.oliva@counsel.com*

                                    By:_____
                                        RUBEN OLIVA, Esq.

**2**