**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**



CASE NO. 00-6082-CR-FERGUSON

**UNITED STATES OF AMERICA,**

*Plaintiff,*

vs.

**ROBBIE ACEVEDO,**

*Defendant.*
_____/

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**COMES NOW** the Defendant, ROBBIE ACEVEDO, by and through his undersigned attorney and files this his Motion for Permission to Travel and as grounds therefor would state as follows:

1. The Defendant is currently on bond awaiting his surrender date on two separate matters. The Defendant was released on bond on September 26, 2000.

2. The Defendant wishes to travel to Orlando on the weekend of May 25-28 to take his son to Disney World.

3. A motion for Permission to Travel was filed on April 23, 2001 and the defendant was granted permission to travel on April 28th to April 30th. However, the defendant was not able to travel on the dates specified because the undersigned did not receive the signed order until after that weekend.



4   The Defendant has never violated any conditions of his bond.

5.   The undersigned counsel has conferred with Assistant United States Attorney Roger Powell and with Mr. Acevedo's Pre-trial Officer, Gavin Churchill regarding the subject matter of this motion and they advised that they have no objection to the same.

**W H E R E F O R E,** the Defendant respectfully prays that he be allowed to travel to Orlando, Florida from May 25th to May 30th, 2001.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by United States Mail this 14 day of May, 2001 to: Roger Powell, A.U.S.A., Office of the U.S. Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33312 and Ms. Barbara Samano, United States Probation Officer, 600 Hollywood Boulevard, Suite 501, Hollywood Florida 33024; Gavin Churchill, Pre-trial Officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301.

Respectfully submitted,

**ROJAS, OLIVA & VENTURA**
**Attorneys for the Defendant**
**2250 S.W. 3rd Avenue**
**Third Floor**
**Miami, Florida 33129**
(305) 856-6868

By: _____
RUBEN OLIVA, Esq.