

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**



CASE NO. 00-6082-CR-FERGUSON

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

vs.

**ROBBIE ACEVEDO,**

    *Defendant.*

_____/

## ORDER GRANTING MOTION FOR
## MODIFICATION OF CONDITION OF BOND

THIS CAUSE came before the court upon the Defendant's Motion for Modification of

Condition of Bond filed May 1, 2001. The court having considered same and being fully advised

in the premises, it is, therefore

ORDERED AND ADJUDGED that said Motion is hereby GRANTED.

ORDERED AND ADJUDGED that the Defendant is hereby granted permission to change

his residence to 4060 SW 153 Avenue, Miramar, Florida 33027.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 29th day of May,

2001.

THE HONORABLE JUDGE WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Rogert Powell, A.U.S.A.
       Ruben Oliva, Esquire
       Barbara Samano, U.S.P.O.