UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA

v.

ROBBIE ACEVEDO,

     Defendant.
_____/

NIGHT BOX FILED
NOV 30 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO RULE 35, FED. R. CRIM. P.

  **COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully moves this Honorable Court for a reduction in sentence for Defendant Robbie Acevedo, pursuant to Title 18, United States Code, Section 3553(e) and Rule 35, Fed. R. Crim. P. and in support thereof states as follows:

  1. On September 26, 2000, Defendant Robbie Acevedo pled guilty to count one of the indictment charging him with conspiracy to possess with intent to distribute MDMA, in violation of Title 21, United States Code, Section 846. On December 1, 2000, Defendant Acevedo was sentenced to serve 97 months' imprisonment followed by 2 years supervised release.



2.  Prior to entering his plea, Defendant Acevedo began to cooperate with the United States in the investigation and prosecution of other members of the drug organization. The defendant was a cooperating witness in <u>United States v. Jonathan Kroll, Larry Hall, Howard Smith, and Lisa Norton</u>, Case No. <u>00-6082-CR-FERGUSON(s)</u>. Defendant Acevedo was prepared, thorough and credibly reported to law enforcement the historical events of the drug organization which resulted in the government obtaining a superseding indictment. As a cooperating witness Defendant Creech was one of the key factors in obtaining pleas of guilty by all four defendants in the superseding indicted case. Defendant Acevedo also took part in recent Federal wire tap investigation that has produced the identity of 14 additional narcotics distributors in the Southern District of Florida who are now pending grand jury investigation and indictment.

3.  In addition Defendant Acevedo assisted the Fort Lauderdale Police Department in a proactive case involving the arrest of three (3) drug traffickers and the seizure of 3,000 dosage units of MDMA, 1,870 grams of marijuana, one gram of Khetamine, and $8,800 in drug proceeds. Further Defendant Acevedo assisted the DEA in Gainesville, Florida, in the arrest of two (2) drug traffickers and the seizure of ½ Kilogram of cocaine and a hydroponic marijuana grow operation.

3. The United States certifies that Defendant Acevedo has rendered substantial assistance as that term is defined in Rule 35, of the Federal Rules of Criminal Procedure.

4. In connection with this request, the Government notes that, according to F. R. Crim. P. 43(c)(4), a reduction in the defendant's sentence by this Court pursuant to Rule 35(b) does not require the presence of the defendant or the necessity of oral argument on the Motion.

**WHEREFORE**, the United States requests this Court enter an Order reducing Defendant Acevedo's sentence of 97 months' imprisonment by 50% or 48 months' imprisonment in recognition of Defendant Acevedo's continued cooperation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel:(954) 356-7255, Fax: 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion on the 30th of November 2001, was mailed to:

Mr. Ruben Oliva, Esq.
Attorney for Defendant Acevedo
2250 S.W. 3rd Avenue, Third floor
Miami, Fl 33129

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY