UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ROBBIE ACEVEDO,

    *Defendant.*

_____/

### RESPONSE TO GOVERNMENT'S MOTION TO REDUCE SENTENCE PURSUANT TO F.R.Cr.P. 35(b)
*(Request for Hearing)*

COMES NOW the Defendant, ROBBIE ACEVEDO, by and through his undersigned attorney and files this his response to the Government's Motion to Reduce Sentence Pursuant to F.R.Cr.P. 35(b) and would state as follows:

1. The Government filed its Rule 35 motion on November 30th, 2001.

2. The Defendant wishes to request a hearing on this matter since there are additional matters which can be brought before the Court at that time. The Defendant believes these matters may positively affect the Government's recommendation as well as being of important relevance to the Court's determination of the proper reduction to be granted in this cause. Specifically, the Defendant, through counsel, desires to provide a full presentation to the Court of the Defendant's assistance so that the Court may consider a reduction which fairly reflects the Defendant's extensive and extraordinary substantial assistance to the Government.



W H E R E F O R E, the Defendant would respectfully request that this honorable Court grant the Defendant's request for an oral hearing on this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States Mail this 6 day of December, 2001 to: Roger Powell, A.U.S.A., Office of the Unites States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394.

Respectfully submitted,

ROJAS, OLIVA & VENTURA
Attorneys for the Defendant
2250 S.W. 3rd Avenue
Third Floor
Miami, Florida 33129
Tel.:       305.856.6868
Fax.:      305.856.7771
E-Mail:   ruben.oliva@rovlaw.com

By: _____
RUBEN OLIVA, Esq.