FILED by KJ D.C.

DEC 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

Vs.                        Case No. 00-6082-CR-FERGUSON

ROBBIE ACEVEDO,
    Defendant.
_____/

## ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35, FED. R. CRIM. P

On Motion of the Government, which is unopposed by the defendant, the sentence imposed herein, 97 months imprisonment, is reduced to 48 months, to be followed by 2 years of supervised release. All other conditions are unchanged by this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19TH day of December 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA,
Ruben Oliva, Esq.,
U.S. Marshal and U.S. Probation Office