NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-Ferguson

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

**ROBBIE ACEVEDO,**

    *Defendant.*

_____/



**DEFENDANT'S MOTION TO VACATE ORDER AND
REQUEST FOR HEARING ON GOVERNMENT'S RULE 35 MOTION**

COMES NOW the Defendant, ROBBIE ACEVEDO, by and through his undersigned attorney and files his Motion to Vacate the Court's Order granting the Government's Rule 35 motion and requesting hearing thereon and as grounds therefore would state as follows:

1. The Government filed its Rule 35 Motion on November 30th, 2001 recommending a reduction to forty-eight (48) months for the Defendant based on his extraordinary and extensive substantial assistance.

2. While undersigned counsel believes that the Government's recommendation was unreasonable it firmly believes that the Court may wish to consider a slightly greater reduction based on the Defendant's substantial assistance as well as other factors. Accordingly, undersigned counsel filed a response to the Government's recommendation on December 6th, 2001 (the day after he received the Government's motion) requesting an oral hearing on the motion. This is consistent with Eleventh Circuit case law which requires a hearing on a Rule 35 motion upon the Defendant's request. Undersigned counsel would readily concede that his request for hearing was not the pinnacle of clarity in this regard.

3. On December 19th, 2001 this Honorable Court granted the Government's motion indicating the lack of opposition by the Defendant.

4. Undersigned counsel would like the opportunity to present facts and argument to this Honorable Court which it hopes will persuade the Court to reduce the Defendant's sentence to thirty-six (36) months as opposed to the forty-eight (48) months recommended by the Government along with a judicial recommendation that the Defendant participate in the SHOCK (or boot camp) program. Undersigned counsel believes that there is ample basis for such a recommendation.

5. Accordingly, the Defendant would once more respectfully request a hearing on the Government's Rule 35 motion. In the alternative, the Defendant would

respectfully request an opportunity to brief the Court by way of pleading in regards to the same.

W H E R E F O R E, the Defendant, ROBBIE ACEVEDO, by and through his undersigned counsel would respectfully request that this Honorable Court vacate it's order granting the Government's Rule 35 motion and permit oral or written argument on the matter.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished to: Roger Powell, Esquire, Assistant United States Attorney, 500 East Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33301 by United States Mail, this 21 day of December, 2001.

Respectfully submitted,

**ROJAS, OLIVA & VENTURA**
**Attorneys for the Defendant**
**2250 S.W. 3rd Avenue**
**Third Floor**
**Miami, Florida 33129**
**Tel.:** 305.856.6868
**Fax.:** 305.856.7771
**E-Mail:** ruben.oliva@rovlaw.com

By: _____
RUBEN OLIVA, Esq.

3