

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
Vs.

Case No. 00-6082-CR-FERGUSON

ROBBIE ACEVEDO
    Defendant.
_____/

## ORDER GRANTING MOTION FOR HEARING ON GOVERNMENT'S RULE 35 MOTION

THIS MATTER is before the Court on the Defendant's Motion to Vacate Order and Request for Hearing on Government's Rule 35 Motion. On consideration, it is hereby

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_**. A hearing on the Rule 35 Motion is hereby set for January 18, 2002 at 2:00 p.m.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 4th day of January 2002.

    WILKIE D. FERGUSON, JR.,
    UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA, Ruben Oliva, Esq, U.S. Marshal and U.S. Probation

