UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-Ferguson
CASE NO. 00-46TP-Ferguson

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ROBBIE ACEVEDO

        Defendant.
_____/

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the Defendant's cash bond heretofore posted by his wife, Vicki L. Acevedo, in the amount of $10,000.00, plus any accrued interest, be refunded to:

Ruben Oliva, Esq., 2250 S.W. 3rd Avenue, Third Floor, Miami, FL 33129.
    (Beneficiary and Mailing Address for Check)

The undersigned counsel is submitting an assignment of bond proceeds, where Vicki L. Acevedo, assigns and releases to Ruben Oliva, Esq., all bond proceeds including interest, if any, which is being held by the Clerk of the Court in the above stated cause of action.

The beneficiary's social security or tax identification number is as follows:

Ruben Oliva, Esq.
(Name of Beneficiary)



2250 S.W. 3rd Avenue, Third Floor
(Address for mailing of IRS Form 1099)

Miami, Florida, 33129
(City, State and Zip Code)

65-0041767
(Social Security or Tax Identification No.)

_____ (Ruben Oliva, Esq., Attorney)

Consented to by:

_____, AUSA
Roger Powell, A.U.S.A.

## ASSIGNMENT OF BOND PROCEEDS

### RECITALS

WHEREAS, the undersigned posted a ten percent bond on behalf of Robbie Acevedo in the case of *U.S.A. v. Robbie Acevedo*, in the total amount of TEN THOUSAND ($10,000) DOLLARS, and

WHEREAS, the defendant, Robbie Acevedo, has been remanded to the custody of the Bureau of Prisons and did not violate the conditions of his bond, and

WHEREAS, the Court has issued an order discharging said bond, said order being attached.

WHEREFORE, the undersigned hereby assigns and releases to Ruben Oliva, Esq. all interest and claim on the bond deposit, including interest, if any, which is being held by the Clerk of the Court in the above stated cause of action. This assignment further serves as a power of attorney for Mr. Oliva to sign any and all documents on my behalf if necessary. It is respectfully requested that the clerk issue the check directly to Mr. Oliva and that said check be payable to him and him alone. The undersigned hereby releases the Clerk of the Court of any claim or demand for said bond deposit.

Dated: 1-4-02

Name: *Vicki L. Acevedo*

SWORN TO AND SUBSCRIBED before me this 4th day of January, 2002. The foregoing instrument was acknowledged before me by Vicki Acevedo, who is personally known to me or who has produced Fl. Driver License A-213-872-73-501-0 as identification and who did take an oath.

Name: *Paul Schilling*
NOTARY PUBLIC STATE OF FLORIDA

My Commission expires: 5/5/2005

Paul Schilling
MY COMMISSION # DD005899 EXPIRES
May 5, 2005
BONDED THRU TROY FAIN INSURANCE, INC.