# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-Ferguson

**UNITED STATES OF AMERICA,**

*Plaintiff,*

*vs.*

**ROBBIE ACEVEDO,**

*Defendant.*

_____/



## DEFENDANT' S AMENDED RESPONSE TO
## GOVERNMENT'S RULE 35 MOTION

COMES NOW the Defendant, ROBBIE ACEVEDO, by and through his undersigned attorney and files his Amended Response to the Government's Rule 35 motion and requesting hearing thereon and as grounds therefore would state as follows:

1.    The Government filed its Rule 35 Motion on November 30th, 2001 recommending a reduction to forty-eight (48) months for the Defendant based on his extraordinary and extensive substantial assistance.

2.     Undersigned counsel filed a response to the Government's recommendation on December 6th, 2001 requesting an oral hearing on the motion.

3.     On December 19th, 2001 this Honorable Court granted the Government's motion. The Defendant then filed a motion to vacate the Court's order which was granted by this Honorable Court on January 4th, 2002 and the hearing was then scheduled for January 18th, 2002. That hearing was subsequently canceled at the parties request due to ongoing efforts to reach a stipulation as to the reduction to be recommended.

4.     After having discussed the Government's recommendation with the Defendant and having reached certain agreements with the Government regarding other matters the Defendant and undersigned counsel would hereby stipulate and concur with the Government's recommendation. Accordingly, no hearing will be necessary if this Honorable Court would grant the Government's recommended reduction to forty eight (48) months for the Defendant. The Defendant would respectfully request that the Court include in its order reducing sentence a a judicial recommendation that the Defendant participate in the SHOCK (or boot camp) program. Undersigned counsel believes that there is ample basis for such a recommendation.

5.    Accordingly, the Defendant would respectfully request that this Honorable Court grant the Government's Rule 35 motion and reduce the Defendant's sentence to forty eight (48) months.  In addition, the Defendant would respectfully request that this Honorable Court include in said order a judicial recommendation that the Defendant participate in the SHOCK (boot camp) program.

W H E R E F O R E, the Defendant, ROBBIE ACEVEDO, by and through his undersigned counsel would respectfully request that this Honorable Court grant the Government's Rule 35 motion as stated above.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing motion  has been furnished to: Roger Powell, Esquire, Assistant United States Attorney, 500 East Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33301 by United States Mail, this 21 day of February, 2002.

Respectfully submitted,

**ROJAS, OLIVA & VENTURA**
**Attorneys for the Defendant**
**2250 S.W. 3rd Avenue**
**Third Floor**
**Miami, Florida  33129**
**Tel.:         305.856.6868**
**Fax.:        305.856.7771**
**E-Mail:      ruben.oliva@rovlaw.com**

By:_____
RUBEN OLIVA, Esq.