UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ROBBIE ACEVEDO,    38119-004

    *Defendant.*

_____/

## ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35, FED. R. CRIM. P.

On Motion of the Government, which is unopposed by the defendant, the sentence imposed herein, 97 months imprisonment, is reduced to 48 months, to be followed by 2 years of supervised release. It is further recommended that the defendant participate in the S.H.O.C.K. or boot camp program administered by the Bureau of Prisons. All other conditions are unchanged by this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 13TH day of March, 2002.

                               WILKIE D. FERGUSON, JR.,
                               UNITED STATES DISTRICT JUDGE

cc:    Roger Powell (AUSA)
       Ruben Oliva, Esq. (Counsel for the Defendant)
       United States Marshal (2 certified)
       United States Probation Department

Defendant delivered on 12-3-01 to FCI Yazoo City, MS for service of federal sentence.

_K. Chatman, L/C_
for Warden, Yazoo City, MS