FILED by _____ D.C.

AUG 05 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6082-Ferguson/00-46TP-WDF

UNITED STATES OF AMERICA

vs

ROBBIE ACEVEDO
_____/

AMENDED
MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by <u>Vicki Acevedo and Brian Nicholson</u> in the amount of $<u>10,000 ($5,000 each)</u> plus any accrued interest be refunded to:
<u>Ruben Oliva, Esq.; 2250 S.W. 3rd Ave., 3rd Floor, Miami, FL 33129</u>
(Payee and Mailing address for check)

The beneficiary's social security or tax identification number is as follows:

<u>Ruben Oliva, Esq.</u>
(Name of Beneficiary)

<u>2250 S.W. 3rd Ave., Miami, FL 33129</u>
(Address for mailing of Form 1099)

<u>Miami, Florida 33129</u>
(City)         (State)         (Zip)

<u>65-0041767</u>
(SS or Tax Identification)

_____
(Petitioner or Attorney)

Consented to by:

_____ , Assistant U.S. Attorney
ROGER POWELL, AUSA

ORDER

In consideration of the foregoing motion, it is thereupon ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
DONE AND ORDERED at <u>Ft. Lauderdale</u>, Florida, this ____ day of <u>August</u>, 19 <u>2002</u>.

_____
WILKIE D. FERGUSON
United States District Judge

cc: U.S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk

301


ROJAS
OLIVA &
VENTURA



A PARTNERSHIP OF

PROFESSIONAL

ASSOCIATIONS

■

ROBERTO ROJAS

RUBEN OLIVA

RALPH VENTURA

■

ALBERT I. WEINTRAUB

OF COUNSEL

■

LAWYER'S PLAZA

2250 SW THIRD AVENUE

THIRD FLOOR

MIAMI, FL 33129

TEL. 305.856.8808

FAX 305.856.7771

WWW.ROVLAW.COM

May 22, 2002

Judge Wilkie D. Ferguson
U.S. District Court Judge
Attention: Karen Gardner
U.S. District Court
299 E. Broward Blvd.
Rm.207B
Ft. Lauderdale, FL 33301

      *Re:* U.S.A. vs. Robbie Acevedo

Dear Karen:

Please find enclosed an amended motion for disbursement of bond. The Court had previously granted a similar motion but I was later informed by the Clerk of the Court that two individuals rather than one had posted the bond which has necessitated new assignments of bond and the attached motion. I deeply apologize for the inconvenience.

If you have any questions regarding the enclosed please do not hesitate to contact the undersigned.

Sincerely,

Ruben Oliva

RO:ig

cc: Robbie Acevedo
   Roger Powell, AUSA

# ASSIGNMENT OF BOND PROCEEDS

RECITALS

WHEREAS, the undersigned posted a ten percent bond on behalf of Robbie Acevedo in the case of *U.S.A. v. Robbie Acevedo,* in the total amount of FIVE THOUSAND ($5,000) DOLLARS, and

WHEREAS, the defendant, Robbie Acevedo, has been remanded to the custody of the Bureau of Prisons and did not violate the conditions of his bond, and

WHEREAS, the Court has issued an order discharging said bond, said order being attached.

WHEREFORE, the undersigned hereby assigns and releases to Ruben Oliva, Esq. all interest and claim on the bond deposit, including interest, if any, which is being held by the Clerk of the Court in the above stated cause of action. This assignment further serves as a power of attorney for Mr. Oliva to sign any and all documents on my behalf if necessary. It is respectfully requested that the clerk issue the check directly to Mr. Oliva and that said check be payable to him and him alone. The undersigned hereby releases the Clerk of the Court of any claim or demand for said bond deposit.

Dated: 4/22/02

_____
BRIAN NICHOLSON

SWORN TO AND SUBSCRIBED before me this _22_ day of _April_____, 2002. The foregoing instrument was acknowledged before me by __BRIAN NICHOLSON__, who is personally known to me or who has produced __D.L.__ as identification and who did take an oath.

_____
Name:
NOTARY PUBLIC STATE OF FLORIDA

My Commission expires:



CHERI L. NELSON
Commission # DD0081269
Expires 2/11/2006
Bonded through
Florida Notary Assn., Inc.

## ASSIGNMENT OF BOND PROCEEDS

RECITALS

WHEREAS, the undersigned posted a ten percent bond on behalf of Robbie Acevedo in the case of *U.S.A. v. Robbie Acevedo*, in the total amount of FIVE THOUSAND ($5,000) DOLLARS, and

WHEREAS, the defendant, Robbie Acevedo, has been remanded to the custody of the Bureau of Prisons and did not violate the conditions of his bond, and

WHEREAS, the Court has issued an order discharging said bond, said order being attached.

WHEREFORE, the undersigned hereby assigns and releases to Ruben Oliva, Esq. all interest and claim on the bond deposit, including interest, if any, which is being held by the Clerk of the Court in the above stated cause of action. This assignment further serves as a power of attorney for Mr. Oliva to sign any and all documents on my behalf if necessary. It is respectfully requested that the clerk issue the check directly to Mr. Oliva and that said check be payable to him and him alone. The undersigned hereby releases the Clerk of the Court of any claim or demand for said bond deposit.

Dated: 5-14-02

VICKI ACEVEDO

SWORN TO AND SUBSCRIBED before me this ___14___ day of ___May___, 2002. The foregoing instrument was acknowledged before me by VICKI ACEVEDO, who is personally known to me or who has produced FL D/L A213 F22350 as identification and who did take an oath.

Linda Schilling
MY COMMISSION # CC967517 EXPIRES
October 2, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

Name: LINDA SCHILLING
NOTARY PUBLIC STATE OF FLORIDA

My Commission expires: 10-2-2004

| Form **W-9**<br>(Rev. January 2002)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name: Ruben Oliva, Esq.

Business name, if different from above: Rojas & Oliva, P.A.

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☒ Other ▶ Profess. Associa.  ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.): 2250 S.W. 3rd Avenue, Third Floor

City, state, and ZIP code: Miami, Florida 33129

Requester's name and address (optional):

List account number(s) here (optional):

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 2.

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number: [ ][ ][ ] [ ][ ] [ ][ ][ ][ ]
or
Employer identification number: 6 5 – 0 0 4 1 7 6 7

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here — Signature of U.S. person ▶ [signature]   Date ▶ 3-8-02

### Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate **Instructions for the Requester of Form W-9.**

### Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.