FILED BY: \_\_\_\_ D.C.

2003 SEP 24  AM 10: 55

CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-~~FERGUSON~~ Graham

UNITED STATES OF AMERICA

v.

ROBBIE ACEVEDO

---

### GOVERNMENT'S MOTION PURSUANT TO
### RULE 35 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through the undersigned counsel, files this motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure. The government submits that the defendant, Robbie Acevedo, has provided substantial assistance as contemplated by the provision.

On September 26th, 2000, defendant Robbie Acevedo pleaded guilty to count one of the indictment charging him with conspiracy to possess with intent to distribute MDMA, in violation of Title 21, United States Code, Section 846. On December 1st, 2000, the defendant was sentenced to serve 97 months' imprisonment followed by three years supervised release. On March 13th, 2002 the court reduced the defendant's sentence to 48 months pursuant to the government's Motion for Reduction of Sentence pursuant to Rule 35(b).

Defendant has continued to provide assistance to the United States by agreeing to testify against several defendants in the case of *United States v. Robert Menendez,* Case No. 01-10051-Cr-King. Partly as a result of his willingness to testify, these defendants eventually pled guilty to the charges and are pending sentencing.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B

Based upon his exceptional cooperation, the government submits that Acevedo qualifies for a reduction of sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure. The recently amended Rule 35 states in pertinent part:

*(b) Reducing a Sentence for Substantial Assistance.*

*(2) Later Motion. Upon the government's motion made more than one year after sentencing, the court may reduce a sentence if the defendant's substantial assistance involved:*

*(C) information the usefulness of which could not reasonably have been anticipated by the defendant until more than one year after sentencing and which was promptly provided to the government after its usefulness was reasonably apparent to the defendant.*

Fed.R.Crim.P. 35. Here, Acevedo provided information to authorities that falls within this category, thus qualifying him for consideration under Rule 35.

In sum, defendant Acevedo provided valuable assistance which was useful in the prosecution of major drug traffickers who operated in this district. In light of the substantial assistance rendered by defendant, the government respectfully recommends a 10% reduction of defendant's current sentence, that is a reduced sentence of 42 months, with all other aspects of his sentencing to remain in effect.

**WHEREFORE**, for the foregoing reasons, the government requests that this Court grant the government's motion for sentencing reduction, pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

By: _____
     CHRISTOPHER J. CLARK
     ASSISTANT U.S. ATTORNEY
     FLORIDA BAR NO. 0588040
     99 N.E. 4TH STREET, SUITE 600
     MIAMI, FLORIDA 33132-2111
     (305) 961-9167 Telephone
     (305) 530-6168 Fax
     e-mail: christopher.clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd day of September, 2003, to Ruben Oliva, Esq., 80 S.W. 8th Street, Suite 1900, Miami, Florida, 33130-3047.

*[signature]*

CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY