UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6082-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBBIE ACEVEDO,

    Defendant.
_____/



**O R D E R**

**THIS CAUSE** came before the Court upon the Government's Motion to Reduce Sentence Pursuant to Rule 35 Federal Rules of Criminal Procedure.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defense shall file a response to the Government's motion setting forth the nature, extent and quality of the Defendant's cooperation as well as a specific sentence recommendation.

The pleadings shall set forth the full facts of the Defendant's cooperation. The pleadings will serve as the basis for the Court's reduction of sentence. If the parties deem it necessary, affidavits may be used, however, written proffers of evidence are acceptable.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 30th day of September, 2003.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Christopher Clark, AUSA
       Ruben Oliva, Esq.