UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6082-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBBIE ACEVEDO,
**Reg. No: 38119-004**

    Defendant.
_____/



## ORDER GRANTING REDUCTION OF SENTENCE

**THIS CAUSE** came before the Court upon the Government's Motion to Reduce Sentence, pursuant to Rule 35, Federal Rules of Criminal Procedure (D.E 311).

**THE COURT** having reviewed the pleadings and the facts and circumstances of the case, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence imposed as to defendant, Robbie Acevedo is hereby **Granted.** The Defendant's original Order of Judgment entered on July 1, 2000 is amended as follows:

The Defendant is hereby sentenced to a term of imprisonment totaling Forty-two (42) months as to Count One of the Indictment

The Defendant will receive credit for time served as applicable by statute. It is further

**ORDERED** that all provisions of the original Order of Judgement entered on July 1, 2000, will remain in full force and effect.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 27th day of October, 2003.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Roger Powell, AUSA
        Ruben Oliva, Esquire
        U.S. Marshal
        U.S. Probation
        Bureau of Prisons